## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2022, I caused a true and correct copy of *Answer to Complaint* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below:

**Via Electronic Mail:**

Andrew W. Caine, Esq.
Jeffrey L Nolan, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
Email: acaine@pszyjw.com
Email: jnolan@pszjlaw.com

Bradford J. Sandler, Esq.
Peter J Keane, Esq.
Pachulski Stang Young & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)